# Exhibit 3

Infringement Claim Chart for U.S. Pat. No. US10237420B1 Vs. Reddit ("Defendant")

| Claims | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Reddit platform with system-generated Searching Service performs a method of processing requests.<br>For Example, Reddit Searching Service receive user request, process them, and provides needed information right at the system. So, it helps you find what you're looking for and stay in control of what you see.<br><br>[Image: Reddit header with search bar, Get App, Log In buttons]<br><br>Source: https://www.reddit.com/<br><br>**What types of search are on Reddit?**<br><br>On Reddit you can search four main content types:<br><br>- Posts<br>  - Look at these for image, video, text, and more types of content from users<br>- Comments<br>  - Look at these for any discussion heavy topic you're searching for (eg. advice or set of recommendations)<br>- Communities (aka Subreddits or things that start with r/ )<br>  - Look at these if you want to find a group related to an interest of yours<br>- People (aka Users or u/)<br>  - Look at these if you are looking for a user who is talking about a specific topic |

| | |
|---|---|
| | Source: https://www.reddit.com/wiki/search/#wiki_reddit_search  <br><br>**Reddit Search**  <br>TL;DR Welcome to the Reddit Search homepage where you can learn about search features, relevant help center articles, and tricks to get the most out of Reddit search!  <br><br>Source: https://www.reddit.com/wiki/search/#wiki_reddit_search |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Reddit platform with system-generated Searching Service estimates at least one content-specific or requestor-specific characteristic associated with each received request. For Example, Reddit estimates at least one content-specific (i.e., search query parameters (what the user looking for)) or requestor-specific (user's intent) characteristic associated with each received request.  <br><br>**What types of search are on Reddit?**  <br>On Reddit you can search four main content types:  <br>• Posts  <br>   • Look at these for image, video, text, and more types of content from users  <br>• Comments  <br>   • Look at these for any discussion heavy topic you're searching for (eg. advice or set of recommendations)  <br>• Communities (aka Subreddits or things that start with r/ )  <br>   • Look at these if you want to find a group related to an interest of yours  <br>• People (aka Users or u/)  <br>   • Look at these if you are looking for a user who is talking about a specific topic  <br><br>Source: https://www.reddit.com/wiki/search/#wiki_reddit_search |

| | |
|---|---|
| | **Reddit Search**<br><br>TL;DR Welcome to the Reddit Search homepage where you can learn about search features, relevant help center articles, and tricks to get the most out of Reddit search!<br><br>Source: https://www.reddit.com/wiki/search/#wiki_reddit_search |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The Reddit platform with system-generated Searching Service determines a set of available alternate target resources, each having at least one respective target characteristic.<br>For Example, Reddit uses natural language understanding technologies to understand what is being requested and on the basis of this, determine resources (content) on the characteristic such as current availability and query matching of the resources.<br><br>You can find each of these content types on a different tab on the search results page<br><br>Posts    Comments    Communities    People<br><br>Sort ⌄    Time ⌄<br><br>Source: https://www.reddit.com/wiki/search/#wiki_reddit_search |

3

> **What types of search are on Reddit?**
>
> On Reddit you can search four main content types:
>
> - Posts
>   - Look at these for image, video, text, and more types of content from users
> - Comments
>   - Look at these for any discussion heavy topic you're searching for (eg. advice or set of recommendations)
> - Communities (aka Subreddits or things that start with r/ )
>   - Look at these if you want to find a group related to an interest of yours
> - People (aka Users or u/)
>   - Look at these if you are looking for a user who is talking about a specific topic

Source: https://www.reddit.com/wiki/search/#wiki_reddit_search

> By default, you'll be using "Relevance" sort, which factors in the relative rarity of each word (biasing towards words which are less common), the age of the post, and the number of votes and comments it has.
>
> If you can't find what you're looking for, for posts, you can change your Sort. However, none of the following take into account how rare the words in your query are, so you might find a lot of results that match the most common word in your query at the top of the result list.

Source: https://www.reddit.com/wiki/search/#wiki_reddit_search

4

| | |
|---|---|
| | **What does the output data look like?** When it is available this data will have rows which represent a single page's information such as its post_id, Link, Domain, Author, Author_id, Number_of_comments, Title, Date, Votes, Source, Subreddit, Text, Comments, timestamp, etc from reddit.com.<br><br>Source: https://webautomation.io/pde/reddit-search-results-extractor/345/ |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific | The Reddit platform with system-generated Searching Service evaluates, with the automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources.<br>For Example, Reddit uses the content-specific or requestor-specific characteristics of the request and the availability and characteristics parameters of the target resources to evaluate a plurality of alternate allocations of the respective received request with different available resources via artificial intelligence techniques such as neural networks and machine learning.<br><br>**How it works**<br><br>In order to get search results, Reddit relies on a bunch of different factors, the most obvious of which is whether or not your search term matches the subreddit name. But there are also other qualities that factor into the ranking of results, like size and description of the subreddit. The subreddit signals improvement uses redditors' clicks and interactions on search results as a signal of what might be valuable for you. |

| | |
|---|---|
| or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | Source: https://www.reddit.com/r/reddit/comments/t9nuaz/whats_up_with_reddit_search_episode_v_relevance/<br><br>> This is a follow up post to How Hacker News ranking algorithm works. This time around I will examine how Reddit's story and comment rankings work.<br><br>> The first part of this post will focus on how are Reddit stories ranked? The second part of this post will focus on comment ranking, which does not use the same ranking as stories (unlike Hacker News). Reddit's comment ranking algorithm is quite interesting and the idea guy behind it is Randall Munroe (the author of xkcd!)<br><br>Source: https://medium.com/hacking-and-gonzo/how-reddit-ranking-algorithms-work-ef111e33d0d9<br><br>> Reddit currently uses machine learning for personalized recommendations and the Discover Tab, which the app introduced this year. The company also leverages the technology for its safety work and targeted advertising.<br><br>Source: https://techcrunch.com/2022/06/16/reddit-spell-machine-learning/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAK9q7duPdcsN6l8Y5jIaTe2AtMTW38F78vO4fthUZFMMz-IpZcOi1lA1TcqWZ3BRSF9hWBaTaHc9dkTy704DmWd27TblOL4g4sytSstb19aoaE6ijB5FyzVcbycB2PJ0Up529hts8Qf6Cv1o2dlXAsmysrc869cGYHZsUUFBOGZJ |

| | |
|---|---|
| | Reddit's mission is to bring community, belonging, and empowerment to everyone in the world, and one of the ways we do this is by connecting people to the topics, interests, and passions they care about the most. Machine learning (ML) and Artificial Intelligence (AI) are important tools that help us make these connections faster and more relevant to people.<br><br>Source: https://www.redditinc.com/blog/reddit-acquires-machine-learning-platform-spell<br><br>To enhance Reddit's ML capabilities and improve speed and relevancy on our platform, we've acquired machine-learning platform, Spell. Spell is a SaaS-based AI platform that empowers technology teams to more easily run ML experiments at scale.<br><br>Source: https://www.redditinc.com/blog/reddit-acquires-machine-learning-platform-spell |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The Reddit platform with system-generated Searching Service generates a control signal, by the automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets.<br>For Example, responsive to the evaluation, Reddit generates a control signal for the allocation of the different available resources. The control signal is selectively dependent on the evaluation in view of other factors such as the overall throughput of the system and the priority and requirements of other concurrent requests.<br><br>Reddit currently uses machine learning for personalized recommendations and the Discover Tab, which the app introduced this year. The company also leverages the technology for its safety work and targeted advertising.<br><br>Source: https://techcrunch.com/2022/06/16/reddit-spell-machine-learning/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAK9q7duPdcsN6l8Y5jlaTe2AtMTW38F78vO4fthUZFMMz- |

7

IpZcOi1lA1TcqWZ3BRSF9hWBaTaHc9dkTy704DmWd27TblOL4g4sytSstb19aoaE6ijB5FyzVcbycB2PJ0Up529hts8Qf6Cv1o2dlXAsmysrc869cGYHZsUUFBOGZJ

> Reddit's mission is to bring community, belonging, and empowerment to everyone in the world, and one of the ways we do this is by connecting people to the topics, interests, and passions they care about the most. Machine learning (ML) and Artificial Intelligence (AI) are important tools that help us make these connections faster and more relevant to people.

Source: https://www.redditinc.com/blog/reddit-acquires-machine-learning-platform-spell

> **What types of search are on Reddit?**
>
> On Reddit you can search four main content types:
>
> - Posts
>   - Look at these for image, video, text, and more types of content from users
> - Comments
>   - Look at these for any discussion heavy topic you're searching for (eg. advice or set of recommendations)
> - Communities (aka Subreddits or things that start with r/ )
>   - Look at these if you want to find a group related to an interest of yours
> - People (aka Users or u/)
>   - Look at these if you are looking for a user who is talking about a specific topic

Source: https://www.reddit.com/wiki/search/#wiki_reddit_search

8

| | |
|---|---|
| | **Reddit Search**<br><br>TL;DR Welcome to the Reddit Search homepage where you can learn about search features, relevant help center articles, and tricks to get the most out of Reddit search!<br><br>Source: https://www.reddit.com/wiki/search/#wiki_reddit_search |

9