# Exhibit 4

| Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs Reddit ("Defendant") |
|---|

| Claim7 | Evidence |
|---|---|
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The Reddit platform with system-generated content recommendations performs a method for defining mutually exclusive communication channels between users.<br><br>For example, the platform automatically generates content recommendations based on user profiles. There are different types of content recommendations including recommendations for a connection with a specific Reddit community. Each such content recommendation is unique and therefore mutually exclusive from all others. Each such content recommendation is delivered to the user for whom the content recommendation is made, thereby defining a mutually exclusive communication channel between that user and the respective Reddit community.<br><br>Reddit is a community-determined aggregator of content.<br><br>It is a social platform where users submit posts that other users 'upvote' or 'downvote' based on if they like it. If a post gets lots of upvotes it moves up the Reddit rankings so that more people can see it. If it gets downvotes it quickly falls and disappears from most people's view.<br><br>Reddit is split out into sub-communities, or subreddits. They can be created by any user around any subject, whether it's something broad like technology, or as specific as a single joke. Each subreddit feeds into the full Reddit list of submissions meaning a post in any subreddit (unless it's private) could reach the front page of the website.<br><br>Source: https://www.brandwatch.com/blog/what-is-reddit-guide/ |

1

> On Reddit, people can follow each other just like they'd follow a community. Following someone adds the posts they make to their profile to your home feed and lets them know.
>
> - To see who's following you on reddit.com, visit your profile page and click on the number under *Followers* on the right hand side.
> - To see who's following you on the mobile app, tap your profile icon in the upper right-hand corner of your screen. Select *My profile*, then tap # *followers* under your username.

Source: https://support.reddithelp.com/hc/en-us/articles/4406644781204--How-do-followers-work-and-how-can-I-opt-in-or-out-

> **When you'll see home feed recommendations**
>
> When sorting by *Best* you will see these recommendations. On Reddit, the Best sort is a personalized sorting option that's continuously being improved. To suggest content, it takes some elements of your Reddit activity into account such as whether you tend to like new communities or not, how old or new your account is, and what types of posts you've upvoted or commented on in the past.

Source: https://support.reddithelp.com/hc/en-us/articles/4402284777364-

> **What home feed recommendations look like**
>
> Along with personalization, home feed recommendations have a different design than other recommendations on Reddit. Home feed recommendations highlight the post itself (not the community), and provide you with context for why we think you may be interested in that particular piece of content.

Source: https://support.reddithelp.com/hc/en-us/articles/4402284777364-

> **How do you personalize and make content recommendations?**
>
> It's a science and the more we know about you and what you like (or don't like), the better our recommendations are. We use information about you (such as your location, device info/browser) and your activity on the site (your communities, votes, browsing info, etc) to make some educated guesses about what other content you might find interesting, funny, or useful and we surface those recommendations to you in your feed. If you click to read, vote, comment, or even better....join a community, then we know we did something right! Of course, the longer you're on the site, the better our recommendations will get!

Source: https://support.reddithelp.com/hc/en-us/articles/360056999452

| | |
|---|---|
| | **What about new users, how do you make content recommendations to them?**<br><br>For new users we don't have too much to go on other than general location info. That's why when you download the Reddit mobile app, one of the first things we do is surface content relevant to your general location. For example, if you're in New York, we'll show you active communities in and around the NYC metropolitan area, or if you're in London, we'll do the same.<br><br>We also ask new users to tell us what some of their interests are so we can populate their feed with content related to those topics, as well as also adding in some of our most popular communities like r/Showerthoughts or r/Lifeprotips.<br><br>Source: https://support.reddithelp.com/hc/en-us/articles/360056999452<br><br>When we make personalized content recommendations on Reddit, we may use your individual activity to understand what you've enjoyed in the past so we can suggest content with similar characteristics for you to explore. To best respect your privacy as you navigate sensitive issues, we won't recommend communities that we consider to be sensitive such as those dealing with religion, race, ethnicity, gender, or sexual orientation; even if those communities might be relevant.<br><br>Source: https://support.reddithelp.com/hc/en-us/articles/360056999452 |
| a) maintaining a plurality of | The Reddit platform with system-generated content recommendations maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality |

| | |
|---|---|
| user profiles for a plurality of users, each user profile comprising a plurality of user characteristics; | of user characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as interests. The profile can also include system-derived characteristics of the user based on the user's past use of the platform such as the user's location, Reddit communities that the user has joined, the user's votes and browsing information.<br><br><br><br>Source:https://www.reddit.com/r/redditmobile/comments/6ay5uy/why_can_you_only_follow_certain_reddit_users_do/ |

5

> **What about new users, how do you make content recommendations to them?**
>
> For new users we don't have too much to go on other than general location info. That's why when you download the Reddit mobile app, one of the first things we do is surface content relevant to your general location. For example, if you're in New York, we'll show you active communities in and around the NYC metropolitan area, or if you're in London, we'll do the same.
>
> We also ask new users to tell us what some of their interests are so we can populate their feed with content related to those topics, as well as also adding in some of our most popular communities like r/Showerthoughts or r/Lifeprotips.

Source: https://support.reddithelp.com/hc/en-us/articles/360056999452

> Reddit is a community-determined aggregator of content.
>
> It is a social platform where users submit posts that other users 'upvote' or 'downvote' based on if they like it. If a post gets lots of upvotes it moves up the Reddit rankings so that more people can see it. If it gets downvotes it quickly falls and disappears from most people's view.
>
> Reddit is split out into sub-communities, or subreddits. They can be created by any user around any subject, whether it's something broad like technology, or as specific as a single joke. Each subreddit feeds into the full Reddit list of submissions meaning a post in any subreddit (unless it's private) could reach the front page of the website.

6

Source: https://www.brandwatch.com/blog/what-is-reddit-guide/

> On Reddit, people can follow each other just like they'd follow a community. Following someone adds the posts they make to their profile to your home feed and lets them know.
>
> - To see who's following you on reddit.com, visit your profile page and click on the number under *Followers* on the right hand side.
> - To see who's following you on the mobile app, tap your profile icon in the upper right-hand corner of your screen. Select *My profile*, then tap # *followers* under your username.

Source: https://support.reddithelp.com/hc/en-us/articles/4406644781204--How-do-followers-work-and-how-can-I-opt-in-or-out-

> **How do you personalize and make content recommendations?**
>
> It's a science and the more we know about you and what you like (or don't like), the better our recommendations are. We use information about you (such as your location, device info/browser) and your activity on the site (your communities, votes, browsing info, etc) to make some educated guesses about what other content you might find interesting, funny, or useful and we surface those recommendations to you in your feed. If you click to read, vote, comment, or even better....join a community, then we know we did something right! Of course, the longer you're on the site, the better our recommendations will get!

Source: https://support.reddithelp.com/hc/en-us/articles/360056999452

| | |
|---|---|
| b) receiving a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users; | The Reddit platform with system-generated content recommendations receives a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users.<br><br>For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one content recommendation such as a Reddit community to join. The content recommendation represents a mutually exclusive communication channel between the users that are the subject of the content recommendation. The platform has multiple users and therefore receives a plurality of such requests.<br><br><br><br>Source:https://www.reddit.com/r/redditmobile/comments/6ay5uy/why_can_you_only_follow_certain_reddit_users_do/ |

8

> **What about new users, how do you make content recommendations to them?**
>
> For new users we don't have too much to go on other than general location info. That's why when you download the Reddit mobile app, one of the first things we do is surface content relevant to your general location. For example, if you're in New York, we'll show you active communities in and around the NYC metropolitan area, or if you're in London, we'll do the same.
>
> We also ask new users to tell us what some of their interests are so we can populate their feed with content related to those topics, as well as also adding in some of our most popular communities like r/Showerthoughts or r/Lifeprotips.

Source: https://support.reddithelp.com/hc/en-us/articles/360056999452

> On Reddit, people can follow each other just like they'd follow a community. Following someone adds the posts they make to their profile to your home feed and lets them know.
>
> - To see who's following you on reddit.com, visit your profile page and click on the number under *Followers* on the right hand side.
> - To see who's following you on the mobile app, tap your profile icon in the upper right-hand corner of your screen. Select *My profile*, then tap # *followers* under your username.

Source: https://support.reddithelp.com/hc/en-us/articles/4406644781204--How-do-followers-work-and-how-can-I-opt-in-or-out-

9

> **When you'll see home feed recommendations**
>
> When sorting by *Best* you will see these recommendations. On Reddit, the Best sort is a personalized sorting option that's continuously being improved. To suggest content, it takes some elements of your Reddit activity into account such as whether you tend to like new communities or not, how old or new your account is, and what types of posts you've upvoted or commented on in the past.

Source: https://support.reddithelp.com/hc/en-us/articles/4402284777364-

> Reddit is a community-determined aggregator of content.
>
> It is a social platform where users submit posts that other users 'upvote' or 'downvote' based on if they like it. If a post gets lots of upvotes it moves up the Reddit rankings so that more people can see it. If it gets downvotes it quickly falls and disappears from most people's view.
>
> Reddit is split out into sub-communities, or subreddits. They can be created by any user around any subject, whether it's something broad like technology, or as specific as a single joke. Each subreddit feeds into the full Reddit list of submissions meaning a post in any subreddit (unless it's private) could reach the front page of the website.

Source: https://www.brandwatch.com/blog/what-is-reddit-guide/

|  | **How do you personalize and make content recommendations?**<br><br>It's a science and the more we know about you and what you like (or don't like), the better our recommendations are. We use information about you (such as your location, device info/browser) and your activity on the site (your communities, votes, browsing info, etc) to make some educated guesses about what other content you might find interesting, funny, or useful and we surface those recommendations to you in your feed. If you click to read, vote, comment, or even better....join a community, then we know we did something right! Of course, the longer you're on the site, the better our recommendations will get!<br><br>Source: https://support.reddithelp.com/hc/en-us/articles/360056999452 |
|---|---|
| c) performing a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality | The Reddit platform with system-generated content recommendations performs a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, for optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social media platform, Reddit strives to provide content recommendations that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of content recommendations that are presented to the users of the platform. The value of each content recommendation is based on the characteristics in the user profiles of the users that are the subject of that content recommendation. A processor in the platform determines, for each potential content recommendation, a net value of the potential content recommendation. To meet the |

| | |
|---|---|
| of users, with respect to an optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles; and | optimization criteria, the platform selects, from the potential content recommendations, a set of content recommendations to present to the users that have a maximum net benefit to the users of the platform.<br><br><br><br>Source: https://zapier.com/blog/how-to-use-reddit/#create-account<br><br>On Reddit, people can follow each other just like they'd follow a community. Following someone adds the posts they make to their profile to your home feed and lets them know.<br><br>• To see who's following you on reddit.com, visit your profile page and click on the number under *Followers* on the right hand side.<br>• To see who's following you on the mobile app, tap your profile icon in the upper right-hand corner of your screen. Select *My profile*, then tap # *followers* under your username.<br><br>Source: https://support.reddithelp.com/hc/en-us/articles/4406644781204--How-do-followers-work-and-how-can-I-opt-in-or-out- |

> **When you'll see home feed recommendations**
>
> When sorting by *Best* you will see these recommendations. On Reddit, the Best sort is a personalized sorting option that's continuously being improved. To suggest content, it takes some elements of your Reddit activity into account such as whether you tend to like new communities or not, how old or new your account is, and what types of posts you've upvoted or commented on in the past.

Source: https://support.reddithelp.com/hc/en-us/articles/4402284777364-

> Reddit is a community-determined aggregator of content.
>
> It is a social platform where users submit posts that other users 'upvote' or 'downvote' based on if they like it. If a post gets lots of upvotes it moves up the Reddit rankings so that more people can see it. If it gets downvotes it quickly falls and disappears from most people's view.
>
> Reddit is split out into sub-communities, or subreddits. They can be created by any user around any subject, whether it's something broad like technology, or as specific as a single joke. Each subreddit feeds into the full Reddit list of submissions meaning a post in any subreddit (unless it's private) could reach the front page of the website.

Source: https://www.brandwatch.com/blog/what-is-reddit-guide/

| | |
|---|---|
| | **How do you personalize and make content recommendations?**<br><br>It's a science and the more we know about you and what you like (or don't like), the better our recommendations are. We use information about you (such as your location, device info/browser) and your activity on the site (your communities, votes, browsing info, etc) to make some educated guesses about what other content you might find interesting, funny, or useful and we surface those recommendations to you in your feed. If you click to read, vote, comment, or even better....join a community, then we know we did something right!<br><br>Of course, the longer you're on the site, the better our recommendations will get!<br><br>Source: https://support.reddithelp.com/hc/en-us/articles/360056999452 |
| d) storing in a memory a description of an optimum set of mutually exclusive communication channels. | The Reddit platform with system-generated content recommendations stores in a memory a description of an optimum set of mutually exclusive communication channels.<br><br>For example, for a user to access the system-generated content recommendations that the platform has selected to present to the user when the user logs into the platform, the platform stores these content recommendations in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated content recommendations that the platform has selected to meet the optimization criteria are stored. |

> **What about new users, how do you make content recommendations to them?**
>
> For new users we don't have too much to go on other than general location info. That's why when you download the Reddit mobile app, one of the first things we do is surface content relevant to your general location. For example, if you're in New York, we'll show you active communities in and around the NYC metropolitan area, or if you're in London, we'll do the same.
>
> We also ask new users to tell us what some of their interests are so we can populate their feed with content related to those topics, as well as also adding in some of our most popular communities like r/Showerthoughts or r/Lifeprotips.

Source: https://support.reddithelp.com/hc/en-us/articles/360056999452



Source: https://zapier.com/blog/how-to-use-reddit/#create-account



Source:https://www.reddit.com/r/redditmobile/comments/6ay5uy/why_can_you_only_follow_certain_reddit_users_do/

Reddit is a community-determined aggregator of content.

It is a social platform where users submit posts that other users 'upvote' or 'downvote' based on if they like it. If a post gets lots of upvotes it moves up the Reddit rankings so that more people can see it. If it gets downvotes it quickly falls and disappears from most people's view.

Reddit is split out into sub-communities, or subreddits. They can be created by any user around any subject, whether it's something broad like technology, or as specific as a single joke. Each subreddit feeds into the full Reddit list of submissions meaning a post in any subreddit (unless it's private) could reach the front page of the website.

Source: https://www.brandwatch.com/blog/what-is-reddit-guide/

> **How do you personalize and make content recommendations?**
>
> It's a science and the more we know about you and what you like (or don't like), the better our recommendations are. We use information about you (such as your location, device info/browser) and your activity on the site (your communities, votes, browsing info, etc) to make some educated guesses about what other content you might find interesting, funny, or useful and we surface those recommendations to you in your feed. If you click to read, vote, comment, or even better....join a community, then we know we did something right! Of course, the longer you're on the site, the better our recommendations will get!

Source: https://support.reddithelp.com/hc/en-us/articles/360056999452

> **When you'll see home feed recommendations**
>
> When sorting by *Best* you will see these recommendations. On Reddit, the Best sort is a personalized sorting option that's continuously being improved. To suggest content, it takes some elements of your Reddit activity into account such as whether you tend to like new communities or not, how old or new your account is, and what types of posts you've upvoted or commented on in the past.

Source: https://support.reddithelp.com/hc/en-us/articles/4402284777364-

17