# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>*v.*<br><br>**REDDIT, INC.,**<br><br>Defendant. | CASE No. 1:23-CV-00813-MN<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL

Plaintiff PATENT ARMORY INC., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant REDDIT, INC. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: September 1, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400

Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Patent Armory Inc.***

SO ORDERED this 1st day of September 2023.

_____
The Honorable Maryellen Noreika
United States District Judge